# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RAYFORD PRYOR, JR., ADC #108089                                              PLAINTIFF

v.                                      NO: 4:17CV0588 JLH

CANDANCE COLE-WALLACE, *et al*.                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 28th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE